# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRISTA CASILLAS,

          Plaintiff(s),

vs.

CLARK COUNTY SCHOOL DISTRICT, et al.,

          Defendant(s).

Case No. 2:12-cv-01769-RCJ-NJK

ORDER DISCHARGING
ORDER TO SHOW CAUSE

Pending before the Court is an order to show cause requiring the parties to explain why a discovery plan has not been filed in this case. Docket No. 14. The Court has received a response from Defendants. Docket Nos. 17, 18. For good cause shown, the Court hereby **DISCHARGES** the order to show cause. Although the court is discharging the order to show cause, it expects strict compliance with Court orders in the future. In particular, the order to show cause stated that "the parties are hereby ORDERED to show cause in writing, no later than March 29, 2013, why they failed to comply with the Local Rules as outlined above." Docket No. 14 at 2. Despite being required to do so, Plaintiff failed to file any response to the order to show cause. Although the Court declines to issue sanctions at this time, Plaintiff and counsel are advised that future failures to comply with Court orders may result in the imposition of sanctions.

    IT IS SO ORDERED.

    DATED: April 4, 2013

                                        _____
                                        NANCY J. KOPPE
                                        United States Magistrate Judge